

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00354-CV

**IN RE** Amy Sue **DEFONCE**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

Delivered and Filed: June 29, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On June 14, 2022, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for temporary relief. Mandamus is an extraordinary remedy, available only when relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and this record, this court concludes relator did not show she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 21-1978-CV-C, styled *In the Interest of C.M.W., a Child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old III presiding.